IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**Granville R. & Teresa Z. Jones**

Case No. 09-80319
Chapter 13

S.S. Nos.: xxx-xx-9445 & xxx-xx-8144
Mailing Address:
3418 Angus Road, Durham, NC 27705

Debtors.

## CERTIFICATE OF SERVICE

I, Edward Boltz, of the Law Offices of John T. Orcutt, P.C., do hereby certify, under penalty of perjury, that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on August 4, 2010, I served copies of the foregoing **MOTION TO USE CASH COLLATERAL AND TO ALLOW SUBSTITUTION OF COLLATERAL** electronically or when unable by regular U.S. mail, upon the parties set forth below:

Richard M. Hutson, II
CHAPTER 13 TRUSTEE
Post Office Box 3613
Durham, NC 27702

Bankruptcy Administrator
Post Office Box 1828
Greensboro, NC 27402

WACHOVIA DEALER SERVICES
Attn: Managing Agent
Po Box 19657
Irvine, CA 92623-9657

The Cincinatti Insurance Companies
Attn: Sally Minnich
PO Box 145496
Cincinnati OH 45250

Granville R. & Teresa Z. Jones
3418 Angus Road,
Durham, NC 27705

/s Edward Boltz
Edward Boltz